IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| WARREN G. MORRIS and<br>DEBRA L. MORRIS, | : | |
| Plaintiffs, | : | |
| vs. | : | 3:05-CV-10 (CAR) |
| PROGRESSIVE HEALTH<br>REHABILITATION, LLC, KEITH<br>BERSCH, and JIM KING, | : | |
| Defendants. | : | |

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE
### TO AMEND COMPLAINT

Before the Court is Plaintiffs' Motion for Leave to Amend Complaint. [Doc. 16]. Defendants have not specifically responded to Plaintiff's Motion for Leave to Amend, but they did file an Answer to Plaintiffs' Amended Complaint. [Doc. 14]. Generally, the standard for granting a motion to amend the pleadings liberally favors the movant and leave to amend should "be freely given when justice so requires." Fed. R. Civ. P. 15(a). For the reasons given by Plaintiffs and because their motion is unopposed, the Court finds this to be a case where it is appropriate to grant Plaintiffs leave to amend their Complaint and Plaintiffs' Motion for Leave to Amend Complaint is **GRANTED**.

**SO ORDERED** this 1st day of July, 2005.

S/ C. Ashley Royal

**C. ASHLEY ROYAL, JUDGE**
**UNITED STATES DISTRICT COURT**

LTH/jec